■ STEVEN M. ELKMAN et al., Plaintiffs, v SOUTHGATE OWNERS CORP., Defendant and Third-Party Plaintiff-Appellant. PISACANE MIDTOWN CORPORATION, Third-Party Defendant-Respondent. [665 NYS2d 251] —Order, Supreme Court, New York County (Alice Schlesinger, J.), entered on or about September 11, 1996, which denied third-party plaintiff's motion to enter a default judgment against third-party defendant, unanimously affirmed, with costs.

The court properly exercised its discretion in excusing third-party defendant Pisacane Midtown Corporation's four month delay in serving an answer where there was an absence of prejudice, a reasonable excuse for the delay and a meritorious defense (*Lucas v United Helpers Cedars Nursing Home*, 239 AD2d 853; *Shure v Westhampton Beach*, 121 AD2d 887). Concur—Murphy, P. J., Nardelli, Williams and Colabella, JJ.